1 Name: ERNEST G. LOGAN
2 Address: GENERAL DELIVERY
3 HEMET, CA, 92546
4 Phone: n/a
5 Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDCV22-01080-SVW(MRWx)

B/O
N/S

ERNEST G. LOGAN,
        PLAINTIFF,
vs.
RIVERSIDE TRANSIT AGENCY
700 SCARAMELLA CIRCLE
HEMET, CA, 92545

Case No.: _____
(To be supplied by the Clerk)
COMPLAINT FOR: #470#
RACKETEER Influenced
& CORRUPT ORG. (Bus)
Stalking & Killing "Riders"
going To Amusement Parks &
Robbed AT Casino Resorts.

Jury Trial Demanded

DEFENDANT(S).

### I. JURISDICTION

1. This Court has jurisdiction under RIVERSIDE COUNTY DUE TO misconduct PROFESSIONAL Negligence.

Pro Se Clinic Form                              Page Number

## II. VENUE

2. Venue is proper pursuant to "LOCAL RULES OF COURT"

## III. PARTIES

3. Plaintiff's name is ERNEST G. LOGAN. Plaintiff resides at: GENERAL DELIVERY HEMET, CA, 92546

4. Defendant BUS #24 "BLACK DRIVER AT 7:00 AM TUESDAY JUNE-21-2022 "R-T-A." 700 SCARAMELLA CIRCLE HEMET, CA, 92545

5. Defendant RIVERSIDE TRANSIT AGENCY 700 SCARAMELLA CIR HEMET, CA, 92545 STATED AS LONG AS YOU KNOW THE BUS LINE NUMBER & THE DAY & TIME THAT IS ALL NEEDED.

Pro Se Clinic Form                              Page Number

## IV. STATEMENT OF FACTS

Insert ¶ #: On Tuesday (June-21-2022) at 6:30 AM I paid (R.T.A) Bus #24 Line $1.75. To go to (Pechanga Casino) for my (Raffle-Drawing) Swipe money- win once a week.

The Black Driver for Bus #24# of (R.T.A.) kept getting on the phone driving and while at stops.

Insert ¶ #: Notifying (Pechanga Casino) that they are bringing in a Homeless Transit Passenger.

That has a (Car or Bus) Accident Lawsuit with (R.T.A) Riverside Transit Agency. of Date June-5-2022 at 6:30 pm. Line #24#.

Insert ¶ #: I arrived at Casino at (7:00) AM while walking away from the bus, I heard the (Driver-Black-Person) on there phone, tell someone in the Casino, get him no one sues the (R.T.A) Bus Line and get away with it.

While I was taking a (Pepe-Ka-Ka) in the Restroom stall (Police Public Safety) Casino Guards cut everything short and escorted me out of Bath Room at 7:15 AM

6-21-2022

1. ME: AT (1:15 AM) (PUBLIC SAFETY POLICE) ESCORTED
2. Insert ¶#
3. OUT OF BATHROOM in (PECHANGA CASINO) THE
4. GUARDS TOOK my (CALIFORNIA I.D.) FOR 10#
5. TEN MINUTES WHILE WAITING FOR THERE BOSS
6. (MR. MAYA - DETECTIVE) PUBLIC SAFETY POLICE.
7. TO COME TO AREA.
8. MR. MAYA DETECTIVE WITH 5 OTHER OFFICERS
9. IN BLACK - CALLED PUBLIC SAFETY.

11. THEN INSTRUCTED (LOGAN - PLAINTIFF)
12. Insert ¶# THAT ALL HIS (PUBLIC SAFETY OFFICERS) STATED
13. HE STEALS CASH VOUCHERS FROM CUSTOMERS
14. AT ALL RESERVATION CASINOS.
15. So TODAY His TUESDAY (JUNE-21-2022)
16. SWIPE DRAWING MONEY will be disqualified.

18. ALSO HE WILL BE BANNED FOR LIFE FROM
19. TEMECULA CITY, & PECHANGA CASINO RESORT.
20. FOR (SMOKING CIGAR SWEETS) & CANNABIS-
21. Insert ¶# MARIJUANA IN BATHROOM STALL.

23. IF HE IS EVER CAUGHT ON TEMECULA PROPERTY
24. VIOLENCE TO DEATH, WILL BE ENFORCED.
25. HE WAS ESCORTED BY 5# POLICE OFF PROPERTY.
26. WITH A WRITING VIOLATION PAPER AT (7:35 AM)
27. His (I.D.) WAS RETURNED BACK THEN.
28. (P.S.) THE GUARDS AND CUSTOMERS ARE
    SNORTING COCAINE & SMOKING METH PIPE
    IN BATHROOM OR RESTROOM.
    I THOUGHT IT WAS OKAY TO SMOKE A CIGAR
    DUE TO KA-KA SMELL RESTROOM — CIGGARETTE.

Pro Se Clinic Form          Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

ERNEST G. LOGAN
*insert title of cause of action*

(As against Defendant(s): "RIVERSIDE TRANSIT AGENCY" R.T.A.)

*Insert ¶#* — In Violation of (MEDICAL CANNABIS) Law of California. (R.T.A.) BUS DRIVERS IS not suppose to call companys or store notifying them that they have a Homeless Transit with Marijuana Drugs coming

*Insert ¶#* — To there Business. Company that is a Crime Stalking.

(PLAINTIFF) has Doctors with Medical Problems, of (Insomia) in Melrose & Hollywood City.

*Insert ¶#* — (And other Body medical) conditions.

Pro Se Clinic Form          Page Number

## SECOND CAUSE OF ACTION

( ERNEST G. LOGAN )
*insert title of cause of action*

(As against Defendant(s):
RIVERSIDE TRANSIT AGENCY "R.T.A."

___. THE (R.T.A.)
- (RIVERSIDE TRANSIT AGENCY)
CITY TRANSPORTATION.
ARE MOSTLY MEN'S DISGUISED
AS WOMANS, STEALING CITY TRANSPORTATION.

___. THE BUS DRIVERS TRY TO FORCE
PASSENGERS FOR SEX OR DRUGS
OR THEY WILL ALWAYS BE ROBBED
OR KICKED OUT OF STORES WHILE USING
THERE BUS LINE.

### THIRD CAUSE OF ACTION

( ERNEST G. LOGAN )
*insert title of cause of action*

(As against Defendant(s):
( R.T.A ) RIVERSIDE TRANSIT AGENCY )

_. CANNOT ENFORCE (PECHANGA)
TEMECULA POLICE.
TO BAN CUSTOMER PLAINTIFF FROM
TEMECULA CITY FOR LIFE, AND CASINO-
DUE TO (PREJUDICE - HATE)

_. OF PASSENGER HAVING A LAWSUIT
AGAINST THE (R-T-A) BUS LINE
JUNE-5-2022 TRAFFIC ACCIDENT
THE BLACK BUS DRIVERS WANT REVENGE.

_. Also (PLAINTIFF) LOGAN) HAS A
$8.000.000 EIGHT million DOLLAR
LAWSUIT WITH food 4 LESS
GROCERY STORES DATED: 2019.
TEMECULA CITY HAS A (food 4 LESS),

**FOURTH CAUSE OF ACTION**

( ERNEST G. LOGAN )
*insert title of cause of action*

(As against Defendant(s)): "R-T-A"
RIVERSIDE, TRANSIT AGENCY

___. DUE TO THE MAJOR CONSPIRACY by RIVERSIDE TRANSIT AGENCY of THERE ILLEGAL BUS DRIVERS STALKING, & CALLING in CITY STORES & CITY PEOPLE AGAINST PASSENGERS

___. (PlaintifF - LOGAN) - HAS REQUESTED THIS WRITING Complaint will be DOCUMENTED on FILE THAT (R-T-A) Company BUS DRIVERS.

___. HAVE (FATAL INTENTIONS) STALKING And CALLING PASSENGERS TO COME ON. BOARD TO ATTACK. (Plaintiff LOGAN DUE TO REVENGE of SUEING CITY BUS LINES.

Pro Se Clinic Form          Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

- MAXIUM CREDIT PRIVILEGES of SIX-million-DOLLARS $6,000,000 WITH MEDICAL ESPENSES by RIVERSIDE TRANSIT Agency And monthly BUS PASSES for Life.

- All of This Incident AT THE Company CASINO in TEMECULA, WAS BECAUSE of THE DRIVERS THAT TOOK ME THERE (R-T-A) BUS DRIVERS (MENS) THAT LOOK LIKE WOMENS.

- I WAS Robbed by CASINO Police of Money, PRIZES, GIFTS, AND IDENTATY. WITH EMBARRASSMENT TO WALK Home All BECAUSE of (R-T-A) BUS DRIVERS

- CAlling THE Company Telling THEM TO ATTACK ME. for HAVING A BUS CAR LAW SUIT. Los Angeles METRO TRANSPORTATION will be NOTIFIED, WITH SACRAMENTO CAPITOL And WASHINGTON. D.C - CAPITOL of FATTAL ENEMYS in RIVERSIDE COUNTY

Pro Se Clinic Form                    Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: JUNE-22-2022

Sign: *Ernest G. Logan*
Print Name: ERNEST G. LOGAN

Plaintiff in pro per

# DEPARTMENT OF PUBLIC SAFETY
# PROPERTY RESTRICTION


PECHANGA RESORT CASINO.

ERNEST LOGAN
Guest Name (full legal name)

_____
Nickname or Alias if Applicable

GENDEL
Home Address

HEMET
City, State, Zip Code

_____
Mailing Address (if different than above)

_____
City, State, Zip Code

___-___-_____
Social Security Number

(___) ___-_____
Phone Number

I understand English or have had an interpreter read and explain this form to me in ENGLISH

I have been banned from entering or using the services or privileges of Pechanga Resort & Casino for a period of ☐ 30 Days  ☐ 90 Days  ☐ One Year  ☐ Five Years  ☒ Lifetime
☐ Pending Restitution _____  ☐ Pending PDC Review  ☐ Other _____

I acknowledge, understand and agree that should I attempt to enter Pechanga or participate in gaming or other services <u>such entry shall constitute trespass</u> and that, once identified, I shall be escorted from the facility and <u>any winnings or prizes I may have accrued or losses recovered will be confiscated.</u> Additionally, I may be subject to trespass and/or other criminal charges.

I will not seek to hold Pechanga Resort & Casino liable in any way should I enter their facility and/or use any of the services or privileges. Specifically, I for myself, my heirs, executors, administrators, successors, and assigns, hereby release and forever discharge Pechanga Resort & Casino, the Pechanga Band of Luiseno Indians, and their respective agents, employees, officers and members (collectively, the "Released Parties") from any and all claims in law or equity that I now have, or may have in the future, against any or all of the Released Parties arising out of, or by reason of, the performance or non-performance of this property restriction, or any matter relating thereto. I further agree, in consideration for the Released Parties' efforts to implement my exclusion, to indemnify and hold harmless the Released Parties to the fullest extent permitted by law for any and all liabilities, judgment, damages, and expense of any kind, including reasonable attorney's fees, resulting from or in connection with the performance or non-performance of these property restrictions.

I hereby give consent to have my photograph taken for the purposes of this restriction. I also declare that all information submitted on or with this restriction form is true, correct and complete.

REFUSED TO SIGN
Signature

6-21-22
Date

☒ I.D. Verified  A7230900

☐ No I.D. Verbally Provided

MM _____
Pechanga Resort & Casino Witness

6929
TM #

6-21-22
Date

Case #: 22R-0237P