**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernest G. Logan,<br><br>PLAINTIFF(S)<br>v.<br><br>Riverside Transit Agency,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>ED CV 22-01080 SVW (MRWx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____        _____
Date                                                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:
Unintelligible claim against bus agency and driver. No understandable cause of action pled. No basis for federal court jurisdiction

July 6, 2022                                                         /s/ Michael R. Wilner
Date                                                                   United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

July 8, 2022                                                         /s/ Stephen V. Wilson
Date                                                                   United States District Judge
                                                                              STEPHEN V. WILSON

CV-73 (08/16)                           ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*